# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>CHARLENE SHANDRA PEREYRA,<br><br>Defendant. | Case No. 17CR04318-GPC<br><br>JUDGMENT OF DISMISSAL |
|---|---|

FILED
MAR 2 0 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged ~~for the reason that:~~

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21:952 and 960; 18:2 - Importation of Methamphetamine (Felony); Aiding and Abetting (Felony)

Dated: 3/15/2018

Hon. Jill L. Burkhardt
United States Magistrate Judge